UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BEVERLY DORCENA,

    Plaintiff,                                    CASE NO.: 1:17−cv−20234−RNS

v.

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT POLLACK & ROSEN, P.A.

    Plaintiff, BEVERLY DORCENA, and Defendant, POLLACK & ROSEN, P.A. having amicably resolved all issues by and through their respective undersigned counsel hereby submit this Joint Stipulation of Dismissal with prejudice as to Pollack & Rosen, P.A. The parties agree that each party shall bear its own attorneys' fees and costs.

    This dismissal against Pollack & Rosen, P.A. effectively ends all litigation against all parties.

Dated: June 23, 2017                            Respectfully submitted,

| | |
|---|---|
| /s/ J. Dennis Card, Jr. | /s/ Melanie Sue Weseman |
| J. Dennis Card, Jr., Esq. | Pollack & Rosen, P.A. |
| FL Bar No: 0487473 | 224 Datura Street |
| E-mail: dennis@cloorg.com | Suite 918 |
| /s/ Darren R. Newhart | West Palm Beach, FL 33401 |
| Darren R. Newhart, Esq. | 561-653-5573 |
| FL Bar No: 0115546 | Fax: 561-653-8252 |
| E-mail: darren@cloorg.com | Email: melaniew@pollackrosen.com |
| Consumer Law Organization, P.A. | *Counsel for Defendant Pollack & Rosen, P.A.* |
| 721 US Highway 1, Suite 201 | |
| North Palm Beach, Florida 33408 | |
| Telephone: (561) 822-3446 | |

Facsimile: (305) 574-0132
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ J. Dennis Card, Jr.
J. Dennis Card, Jr.

/s/ Darren R. Newhart
Darren R. Newhart, Esq.

## SERVICE LIST

Melanie Sue Weseman
Pollack & Rosen, P.A.
224 Datura Street, Suite 918
West Palm Beach, FL 33401
Phone: 561-653-5573
Fax: 561-653-8252
Email: melaniew@pollackrosen.com
*Counsel for Defendant Pollack & Rosen, P.A.*